IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 11-cv-01606-PAB-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date: December 6, 2011 | Courtroom Deputy: Emily Seamon |

| *Parties:* | *Counsel:* |
|---|---|
| CATHY BOTTOMS, | Shawn McDermott |
| Plaintiff, | |
| v. | |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, a New Hampshire Foreign Corporation, | Clinton Paul Swift |
| Defendant. | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   MOTION HEARING**
**Court in Session:    1:35 p.m.**
Court calls case. Appearances of counsel. Also seated at Plaintiff's table: Plaintiff Cathy Bottoms. Also seated at Defendant's table: representative Paula McGee.

Discussion between the Court and counsel regarding Plaintiff's Motion to Clarify Plaintiff's Right to Conduct Discovery [Doc. No. 40]; the Murphy decision; a 26(b)(2)(C) issue; and Rule 26(g).

Argument presented by Mr. McDermott and Mr. Swift.

**ORDERED:**   Plaintiff's Motion to Clarify Plaintiff's Right to Conduct Discovery [Doc. No. 40] is GRANTED IN PART AND DENIED IN PART.

The Court intends to write an opinion on this matter.

HEARING CONCLUDED.
**Court in recess**:      **2:03 p.m.**
Total time in court:    00:28

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.